# Court of Appeals
# of the State of Georgia

ATLANTA,  December 09, 2022

*The Court of Appeals hereby passes the following order:*

**A23I0105. AJI JAMAL GRIGGS v. THE STATE.**

On November 7, 2022, the trial court entered an order denying a motion to suppress filed by Aji Jamal Griggs. The trial court certified its order for immediate review on November 15, 2022, and Griggs filed this application for interlocutory appeal on December 4, 2022. We lack jurisdiction.

Under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within ten days of the trial court's issuance of a timely certificate of immediate review. See *Genter v. State*, 218 Ga. App. 311, 311 (460 SE2d 879) (1995). The requirements of OCGA § 5-6-34 (b) are jurisdictional. See *State v. Wheeler*, 310 Ga. 72, 76 (3) (849 SE2d 401) (2020). Here, Griggs filed his application for interlocutory appeal 19 days after the trial court entered the certificate of immediate review. The application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/09/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*
, Clerk.